No. 86–2029.   DUNLAP v. UNIVERSITY OF KENTUCKY.   C. A. 6th Cir.   Certiorari denied.

No. 86–7077.   DAINWOOD v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 87–138.   NICOLOSI ET AL. v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 87–224.   DOW CHEMICAL CO. ET AL. v. RYAN ET AL. C. A. 2d Cir.   Certiorari denied.

No. 87–297.   PORT AUTHORITY POLICE BENEVOLENT ASSN., INC., ET AL. v. PORT AUTHORITY OF NEW YORK AND NEW JERSEY ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 87–351.   STEARNS CO. v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 87–374.   CHOTIN TRANSPORTATION, INC. v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 87–403.   FEDERAL PACIFIC ELECTRIC CO., INC. v. DIGHTON ET AL.   Sup. Jud. Ct. Mass.   Certiorari denied.

No. 87–468.   AUSTIN v. BVA CREDIT CORP., AKA BANK OF VIRGINIA.   C. A. 11th Cir.   Certiorari denied.

No. 87–472.   RICHARDSON ET AL. v. LANE ET AL.   Int. Ct. App. Haw.   Certiorari denied.

No. 87–484.   VATICAN SHRIMP CO., INC. v. SOLIS.   C. A. 5th Cir.   Certiorari denied.

No. 87–486.   TAYLOR ET AL. v. HUDSON PULP & PAPER CORP. ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 87–488.   NATIONAL MARINE SERVICES, INC., ET AL. v. SEAFARERS INTERNATIONAL UNION OF NORTH AMERICA.   C. A. 5th Cir.   Certiorari denied.